UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WILLIAM J SAUTER,                       )
                                        )
            Plaintiff,                  )
        vs.                             ) NO. 2:13-cv-00151-WTL-MJD
                                        )
CREDIGY RECEIVABLES INC,                )
DELTA OUTSOURCE GROUP, INC,             )
                                        )
            Defendants.                 )

**MINUTE ENTRY FOR JULY 22, 2013**
**INITIAL PRETRIAL CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for an Initial Pretrial
Conference. The parties reported that a settlement had been
reached in this action.  Therefore, all pending motions, if any,
are now **DENIED AS MOOT** and all previously ordered dates relating
to discovery, filings, schedules, conferences, and trial, if any,
are **VACATED**.

Within thirty (30) days of the date of this entry, counsel
for the Plaintiff shall file a motion to dismiss this cause and
submit an order for the Court's signature ordering the dismissal
of this action or a stipulation of dismissal (consistent with the
agreement of the parties).  Additional time to complete the
execution of the settlement documents may be granted for good
cause shown, if requested in writing before expiration of this
period.

So ORDERED.

Dated:  07/25/2013

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.