UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM J. SAUTER,<br><br>  Plaintiff,<br><br>v.<br><br>CREDIGY RECEIVABLES INC. and<br>DELTA OUTSOURCE GROUP, INC.,<br><br>  Defendants. | CASE NO.  2:13-cv-00151-WTL-MJD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, William J. Sauter, by counsel, and Defendants, Credigy Receivables Inc. and Delta Outsource Group, Inc., by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims of Plaintiff against Defendants in the above-captioned cause of action, the parties to pay their own costs.

Respectfully submitted,

For Plaintiff:

*s/ Robert E. Duff*
Robert E. Duff, Atty No. 16392-06
Indiana Consumer Law Group/
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037

For Defendant Delta Outsource Group, Inc.:

*s/ Jennifer Kalas*
Jennifer Kalas, Atty No. 17396-64
Hinshaw & Culberston LLP
322 Indianapolis Blvd.
Suite 201
Schererville, IN 46375

2

For Defendant Credigy Receivables Inc.:

*s/ Peter A. Velde*
Peter A. Velde, Atty No. 949-49
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204